UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:22-cv-1666-CAS (MAR) | Date: July 26, 2022 |
| Title: *Joel Gonzalez v. Gutierrez* | |

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA BUSTOS | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE:  FAILURE TO PROSECUTE**

On February 28, 2022, Petitioner Joel Gonzalez ("Petitioner"), proceeding pro se, constructively filed[1] the instant Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") pursuant to 28 U.S.C. § 2254.  ECF Docket No. ("Dkt.") 1 at 2.  On March 17, 2022, this Court issued a Minute Order identifying the Petitioner's deficiencies and ordered Petitioner to file a written response to the Order by April 6, 2022.  Dkt. 5 at 4. The Courtr cautioned Plaintiff that failure to timely file a response may result in the dismissal of his action for failure to prosecute.  Id.

On May 6, 2022, Petitioner requested an extension of time to file his response. Dkt. 9.  The Court granted Petitioner's request and ordered him to file his response by July 5, 2022.  Dkts. 11, 12.  To date, Petitioner has failed to comply with the Court's Minute Order.  However, before dismissing the Petition for failure to prosecute, the Court will give Petitioner an additional **twenty-one (21) days** to file a written response that complies with the Court's March 17, 2022, Minute Order.

Accordingly, **the Clerk of Court is instructed to include with this Order a a Notice of Dismissal form and a copy of the Court's March 17, 2022, Minute Order**.

Petitioner shall file his response and mail it to the Court **within twenty-one (21) days of the date of this Order, by August 16, 2022**.  **Petitioner is warned that failure to follow these instructions may result in the case being dismissed with prejudice.**

IT IS SO ORDERED.

| | : |
|---|---|
| **Initials of Preparer** | eb |

---

[1] Under the "mailbox rule," when a pro se prisoner gives prison authorities a pleading to mail to court, the court deems the pleading constructively "filed" on the date it is signed.  Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010) (citation omitted).